HUGHES RICHARDS & ASSOCIATES
Attorneys At Law, A Law Corporation

ROY F. HUGHES 1774-0
ROZELLE A. AGAG 8917-0
1003 Bishop Street, Suite 2525
Honolulu, Hawaii 96813
Telephone No. 526-9744

Attorneys for Defendants
CASTLE RESORTS & HOTELS, INC. dba
CASTLE RESORTS & HOTELS, HILO HAWAIIAN
HOTEL, KAHA LANI RESORT, KIAHUNA
PLANTATION & THE BEACH BUNGALOWS,
POIPU SHORES and/or POIPU SHORES RESORT,
WAIKIKI SHORE and/or WAIKIKI SHORE BEACHFRONT
CONDOMINIUMS, and HOKELE SUITES WAIKIKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>CASTLE RESORTS & HOTELS, INC., a Hawaii Corporation, dba CASTLE RESORTS & HOTELS, HILO HAWAIIAN HOTEL, KAHA LANI RESORT, KIAHUNA PLANTATION & THE BEACH BUNGALOWS, POIPU SHORES and/or POIPU SHORES RESORT, WAIKIKI SHORE and/or WAIKIKI SHORE BEACHFRONT CONDOMINIUMS, and HOKELE SUITES WAIKIKI; | CIVIL NO. CV13 00432 KSC<br><br>DEFENDANTS CASTLE RESORTS & HOTELS, INC., a Hawaii Corporation, dba CASTLE RESORTS & HOTELS, HILO HAWAIIAN HOTEL, KAHA LANI RESORT, KIAHUNA PLANTATION & THE BEACH BUNGALOWS, POIPU SHORES and/or POIPU SHORES RESORT, WAIKIKI SHORE and/or WAIKIKI SHORE BEACHFRONT CONDOMINIUMS, and HOKELE SUITES WAIKIKI'S ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS FILED AUGUST 28, |

JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,

Defendants.

) 2013; DEMAND FOR JURY TRIAL; CERTIFICATE OF SERVICE

DEFENDANTS CASTLE RESORTS & HOTELS, INC., a Hawaii Corporation, dba CASTLE RESORTS & HOTELS, HILO HAWAIIAN HOTEL, KAHA LANI RESORT, KIAHUNA PLANTATION & THE BEACH BUNGALOWS, POIPU SHORES and/or POIPU SHORES RESORT, WAIKIKI SHORE and/or WAIKIKI SHORE BEACHFRONT CONDOMINIUMS, and HOKELE SUITES WAIKIKI'S ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS FILED AUGUST 28, 2013

Comes now Defendants Castle Resorts & Hotels, Inc., a Hawaii Corporation, dba Castle Resorts & Hotels, Hilo Hawaiian Hotel, Kaha Lani Resort, Kiahuna Plantation & The Beach Bungalows, Poipu Shores and/or Poipu Shores Resort, Waikiki Shore and/or Waikiki Shore Beachfront Condominiums, and Hokele Suites Waikiki (hereafter collectively "Defendants"), and for its Answer to the Complaint for Copyright Infringement and Digital Millennium Copyright Act Violations (hereafter "Complaint") filed by Plaintiffs Vincent Khoury Tylor and Vincent Scott Tylor (hereafter collectively "Plaintiffs") on August 28, 2013, alleges and avers as follows:

FIRST DEFENSE

1. The Complaint of Plaintiffs fail to state claims for relief against Defendants upon which relief may be granted.

SECOND DEFENSE

## PARTIES

2. Defendants are without knowledge or information sufficient to respond to the allegations contained in Paragraphs 1, 2, and 4 of the Complaint, and therefore, deny such allegations and leave Plaintiffs to their proof.

3. Defendants admit the allegations contained in Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. Defendants are without knowledge or information sufficient to respond to the allegations contained in Paragraphs 5, 6 and 7 of the Complaint, and therefore, deny such allegations and leave Plaintiffs to their proof.

## FACTUAL ALLEGATIONS

5. Defendants admit the allegations contained in Paragraphs 8 and 9 of the Complaint.

6. Defendants are without knowledge or information sufficient to respond to the allegations contained in Paragraphs 10, 11, 12, 13, 14, 15, 16, 17 and 18 of the Complaint, and therefore, deny such allegations and leave Plaintiffs to their proof.

7. Defendants deny the allegations contained in Paragraphs 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28 of the Complaint.

## FIRST CAUSE OF ACTION:
## COPYRIGHT INFRINGEMENTS

8. Defendants above-named repeat and reallege their answers to the allegations as set forth in Paragraphs 1 through 28 of the Complaint as their answer to Paragraph 29.

9. Defendants deny the allegations contained in Paragraphs 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42 of the Complaint.

## SECOND CAUSE OF ACTION:
## DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS

10. Defendants above-named repeat and reallege their answers to the allegations as set forth in Paragraphs 1 through 42 of the Complaint as their answer to Paragraph 4.

11. Defendants deny the allegations contained in Paragraphs 44, 45, 46, 47, 48 and 49 of the Complaint.

### THIRD DEFENSE

12. Plaintiffs assumed risks precluding their recovery as to Defendants.

### FOURTH DEFENSE

13. Defendants were not the legal cause of any harm alleged or sustained by Plaintiffs.

FIFTH DEFENSE

14. Plaintiffs sustained no damages.

SIXTH DEFENSE

15. Plaintiffs failed to mitigate their damages.

SEVENTH DEFENSE

16. There is no actionable infringement of copyright by Defendants.

EIGHTH DEFENSE

17. The items allegedly infringed upon are not copyrightable.

NINTH DEFENSE

18. Damages, if any, are de minimus.

TENTH DEFENSE

19. Upon information and belief, Plaintiffs are barred from maintaining this action against Defendants because of the doctrine of unclean hands.

ELEVENTH DEFENSE

20. Plaintiffs are not entitled to statutory damages from Defendants.

RESERVATION OF ADDITIONAL AFFIRMATIVE DEFENSES

Defendants reserve the right to assert additional defenses that may be revealed through investigation, discovery, and or trial. In particular, Defendants note that: (1) the Complaint is couched in conclusory terms, and therefore

Defendants cannot fully anticipate all affirmative defenses that may be available to them in this action; and (2) Defendants are still in the process of investigating Plaintiffs' claims and Defendants' defenses. Defendants therefore reserve the right to assert additional defenses if and when it discovers such affirmative defenses are applicable.

Wherefore, Defendants pray the Complaint against them be dismissed, with prejudice, and that Defendants be awarded their fees, costs and such other and further relief as this Court deems appropriate under the circumstances.

DATED: Honolulu, Hawaii, October 24, 2013.

/s/Roy F. Hughes
ROY F. HUGHES
ROZELLE A. AGAG
Attorneys for Defendants
CASTLE RESORTS & HOTELS, INC. dba
CASTLE RESORTS & HOTELS, HILO
HAWAIIAN HOTEL, KAHA LANI
RESORT, KIAHUNA PLANTATION &
THE BEACH BUNGALOWS, POIPU
SHORES and/or POIPU SHORES
RESORT, WAIKIKI SHORE and/or
WAIKIKI SHORE BEACHFRONT
CONDOMINIUMS, and HOKELE SUITES
WAIKIKI