HUGHES RICHARDS & ASSOCIATES
Attorneys At Law, A Law Corporation

ROY F. HUGHES 1774-0
ROZELLE A. AGAG 8917-0
1003 Bishop Street, Suite 2525
Honolulu, Hawaii 96813
Telephone No. 526-9744

Attorneys for Defendants
CASTLE RESORTS & HOTELS, INC. dba
CASTLE RESORTS & HOTELS, HILO HAWAIIAN
HOTEL, KAHA LANI RESORT, KIAHUNA
PLANTATION & THE BEACH BUNGALOWS,
POIPU SHORES and/or POIPU SHORES RESORT,
WAIKIKI SHORE and/or WAIKIKI SHORE BEACHFRONT
CONDOMINIUMS, and HOKELE SUITES WAIKIKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>CASTLE RESORTS & HOTELS, INC., a Hawaii Corporation, dba CASTLE RESORTS & HOTELS, HILO HAWAIIAN HOTEL, KAHA LANI RESORT, KIAHUNA PLANTATION & THE BEACH BUNGALOWS, POIPU SHORES and/or POIPU SHORES RESORT, WAIKIKI SHORE | CIVIL NO. CV13 00432 ACK-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br>Trial Date: January 13, 2015<br>Judge: Honorable Alan C. Kay |

and/or WAIKIKI SHORE )
BEACHFRONT CONDOMINIUMS, )
and HOKELE SUITES WAIKIKI; )
JOHN DOES 1-10; JANE DOES 1-10; )
DOE CORPORATIONS 1-10; DOE )
PARTNERSHIPS 1-10; and DOE )
ASSOCIATIONS 1-10, )
)
Defendants. )
_________________________________ )

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs Vincent Khoury Tylor and Vincent Scott Tylor ("Tylor Parties") and Defendant Castle Resorts & Hotels, Inc., a Hawaii Corporation, dba Castle Resorts & Hotels, Hilo Hawaiian Hotel, Kaha Lani Resort, Kiahuna Plantation & the Beach Bungalows, Poipu Shores and/or Poipu Shores Resort, Waikiki Shore and/or Waikiki Shore Beachfront, Condominiums, and Hokele Suites Waikiki ("Castle Parties") that Tylor Parties' Complaint for Copyright Infringement and Digital Millennium Copyright Act Violations, filed on August 28, 2013 is hereby dismissed with prejudice. This Stipulation is made pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties. Each party shall bear its own costs and attorneys' fees. This Stipulation is signed by counsel for all parties that have appeared in this action. Trial was set for January 13, 2015 before the Honorable Alan C. Kay in this action. This Court shall retain jurisdiction to resolve any disputes or actions related to the Mutual Settlement and Release Agreement between the parties dated as of March 25, 2014. *See Kokkonen v. Guardian Life Ins.*, 511 U.S. 375, 381-82 (1994) (holding that where dismissal is pursuant to Rule 41(a)(1)(A)(ii), a District Court is authorized to retain jurisdiction over the settlement contract if the parties agree).

DATED: Honolulu, Hawai'i, April 9, 2014.

*/s/ J. Stephen Street*
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiffs

*/s/ Roy F. Hughes*
ROY F. HUGHES
ROZELLE A. AGAG
Attorneys for Defendant
KAILUA REALTY LTD. dba CENTURY 21 KAILUA BEACH REALTY

APPROVED AND SO ORDERED.

Alan C. Kay
Senior United States District Judge

Vincent Khoury Tylor, et al. vs. Castle Resorts & Hotels, Inc. dba Castle Resorts & Hotels, et al.; CivilNo. CV13 00432 KSC; Stipulation For Dismissal With Prejudice Of All Claims And All Parties And Order